# Fink & Katz, PLLC
299 Broadway, Suite 1803
New York, NY 10007
(212) 385-1373

August 10, 2022

Via ECF

Honorable Denise L. Cote, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Ferguson v. The City of New York, et al.*, Case No. 22-CV-4846 (DLC)

Dear Judge Cote:

My office represents the plaintiff, Yaye Ferguson, in the above-referenced case.

I am writing to request an adjournment *sine die* of the initial conference scheduled for August 12, 2022. I am making this request because I have not yet made service upon the defendants. I did not want to make service until I had obtained authorizations to serve together with the complaints in accordance with the 1983 Plan. Unfortunately, it took longer than I anticipated to obtain the authorizations. I plan on making service by August 30, 2022, which is within the 90-day deadline under the Fed.R.Civ.P.

Respectfully,

/s/ *Jonathan A. Fink*
Jonathan A. Fink

*[Handwritten note: The conference is adjourned sine die.]*

*[Signed: Denise Cote, 8/12/22]*